**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CIVIL ACTION NO. _____**
*Electronically Filed*

**JANICE ST. JEAN**                                                                                           **PLAINTIFF**

**v.**

**KHBBJB, LLC;**
**CLIFFVIEW RESORT, LLC;**
**and CLIFFVIEW RESORT**
**AND LODGE, LLC**                                                                                            **DEFENDANTS**

---

**NOTICE OF REMOVAL**

---

Defendants Cliffview Resort, LLC, and Cliffview Resort and Lodge, LLC (collectively, "Cliffview"), by and through counsel, pursuant to 28 U.S.C. §§ 1441(a) and 1446, remove this action from the Commonwealth of Kentucky's Wolfe Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington. As grounds for this removal, Cliffview states as follows:

1.  On November 9, 2021, Plaintiff Janice St. Jean filed a Complaint in the Wolfe Circuit Court, which the Clerk assigned as Case No. 21-CI-00097. (*See* Complaint (**Ex. 1**)) Plaintiff asserted federal claims for unpaid minimum wages and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA"). Plaintiff also asserted state-law claims under the Kentucky Civil Rights Act, KRS 344.010 *et seq.* ("KCRA"), and the Kentucky Wages and Hours Act, KRS 337.010 *et seq.* ("KWHA"). Plaintiff seeks compensatory damages; liquidated damages; reinstatement or, in the alternative, front pay; and attorneys' fees and costs. (*See* Complaint at Prayer for Relief, p. 11)

2.  The Complaint is the only pleading served upon Defendants in this action.

3. Cliffview may remove this action to this Court because this action is founded on claims or rights arising under a federal statute: the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Pursuant to 28 U.S.C. §§ 1331 and 1441, this is a claim for which this Court has original jurisdiction. And pursuant to 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over Plaintiff's related state-law claims.

4. Cliffview was served with the Complaint on November 12, 2021. This Notice of Removal is being timely filed within thirty days after Cliffview was served with the Complaint. *See* 28 U.S.C. § 1446(b)(1).

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97(b) and 1441(a), as the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, is the federal judicial district and division embracing the Wolfe Circuit Court where St. Jean originally filed her Complaint. *See also* LR 3.1(a)(2)(B).

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Cliffview in the Wolfe Circuit Court are attached as <u>Exhibit 1</u>.

7. A file-stamped copy of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d), will promptly be filed with the Clerk of the Wolfe Circuit Court, and written notice of the filing of this Notice of Removal will be promptly given to the adverse party.

8. All Defendants that have been served in this action – Cliffview Resort, LLC, and Cliffview Resort and Lodge, LLC – have consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).[1] Upon information and belief, the remaining Defendant named in this action – KHBBJB, LLC – has not yet been served. (*See* Wolfe Circuit Court Online Docket Sheet,

---

[1] Unanimity is satisfied when counsel for one defendant represents in the notice of removal that a codefendant also consents to removal." *Polston v. Millennium Outdoors, LLC*, No. 6:16-CV-16-KKC, 2017 U.S. Dist. LEXIS 30909, at *8-9 (E.D. Ky. Mar. 6, 2017) (citing *Harper v. AutoAlliance Int'l, Inc.*, 392 F.3d 195 (6th Cir. 2004)).

*last accessed on December 9, 2021* (**Ex. 2**); *see also* 28 U.S.C. § 1446(b)(2)(A) (stating that "all defendants who have been properly joined *and served* must join in or consent to the removal of the action") (emphasis added)).

Wherefore, Defendants Cliffview Resort, LLC, and Cliffview Resort and Lodge, LLC, give notice of the removal of this action from the Wolfe Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, and respectfully request that the Court assume jurisdiction over this action as provided by law.

Respectfully submitted,

**/s/ Matthew T. Lockaby**
Matthew T. Lockaby
Tamara J. Patterson
Lockaby PLLC
476 East High Street, Suite 200
Lexington, Kentucky 40507
Tele:   859.263.7884
Fax:    859.406.3333
Email: mlockaby@lockabylaw.com
          tpatterson@lockabylaw.com

*Counsel for Cliffview Resort, LLC and*
*Cliffview Resort and Lodge, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that, on December 9, 2021, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

      This is to further certify that, on, December 9, 2021, a true and correct copy of the foregoing Notice of Removal was sent via email and First Class U.S. Mail, postage prepaid, to the following:

Michele Henry
Craig Henry PLC
401 West Main Street
Suite 1900
Louisville, KY 40202
**mhenry@craighenrylaw.com**
*Counsel for Plaintiff*

KHBBJB, LLC
c/o B. Scott Graham
Registered Agent for Service of Process
331 East College Avenue
Stanton, Kentucky 40380
*Defendant*

                                                      **/s/ Matthew T. Lockaby**
                                                      Matthew T. Lockaby