UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:21-CV-00307-CHB-MAS
*Electronically Filed*

**JANICE ST. JEAN**                                                                     **PLAINTIFF**

**v.**

**KHBBJB, LLC; CLIFFVIEW RESORT, LLC; and
CLIFFVIEW RESORT AND LODGE, LLC**               **DEFENDANTS**

---

**JOINT NOTICE OF SETTLEMENT**

---

Plaintiff Janice St. Jean and Defendants KHBBJB, LLC, Cliffview Resort, LLC, and Cliffview Resort and Lodge, LLC (collectively, "the Parties"), by and through their respective counsel, submit this Joint Notice of Settlement to inform the Court that they have reached a settlement, in principle, of all claims asserted in this action. The Parties will file an Agreed Order of Dismissal within the next 30 days.

                                                   Respectfully submitted,

                                                   **/s/ Matthew T. Lockaby**
                                                 Matthew T. Lockaby
                                                 Lockaby PLLC
                                                 476 East High Street, Suite 200
                                                 Lexington, Kentucky 40507
                                                 Tele:   859.263.7884
                                                 Fax:    859.406.3333
                                                 Email: mlockaby@lockabylaw.com

                                                 *Counsel for Defendants,*
                                                 *KHBBJB, LLC, Cliffview Resort, LLC, and*
                                                 *Cliffview Resort and Lodge, LLC*

                                                 -and-

>Peter Bober
>Bober & Bober, P.A.
>2699 Stirling Road
>Suite A-304
>Hollywood, Florida 33312
>Tele:   954.922.2298
>Fax:    954.922.5455
>Email: peter@boberlaw.com
>
>*Counsel for Plaintiff, Janice St. Jean*

## CERTIFICATE OF SERVICE

This is to certify that, on September 13, 2022, I electronically filed the foregoing Joint Notice of Settlement with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

>**/s/ Matthew T. Lockaby**
>Matthew T. Lockaby